## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Symbology Innovations LLC

                        Plaintiff,

v.                                                    Case No.: 1:17–cv–09036
                                                           Honorable Edmond E. Chang

BankFinancial, N.A.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, March 6, 2018:

      MINUTE entry before the Honorable Edmond E. Chang: The joint motion [14] to stay is granted as follows: to avoid unnecessary status hearings and to provide time to reduce the agreement to writing, the case is dismissed without prejudice and with full leave to reinstate via motion filed by 05/21/2018. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. All litigation deadlines are vacated. Either party may move to reinstate before that deadline if the settlement does not come to fruition. Status hearing of 03/07/2018 is vacated. Civil case terminated. Emailed notice(slb, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.